**Order entered January 15, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01180-CV

## IN THE INTEREST OF M.A.A., A CHILD

**On Appeal from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 01-09-843**

## ORDER

We **GRANT** appellant's January 12, 2015 motion for an extension of time to file a brief

**TO THE EXTENT** that appellant shall file a brief by **FEBRUARY 12, 2015**.  We caution

appellant that no further extension of time will be granted absent extraordinary circumstances.


/s/     ELIZABETH LANG-MIERS
          JUSTICE